MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $408,750.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:19-MC-00050-KJM-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Li Qiu Lin ("Lin"), by and through their respective counsel, as follows:

　　　　1.　　On or about December 11, 2018, claimant Lin filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $408,750.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2018.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

　　　　3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 11, 2019.

4. By Stipulation and Order filed March 6, 2019, the parties stipulated to extend to May 10, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed May 17, 2019, the parties stipulated to extend to July 9, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed July 3, 2019, the parties stipulated to extend to September 9, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed September 10, 2019, the parties stipulated to extend to November 8, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed November 6, 2019, the parties stipulated to extend to January 7, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed January 9, 2020, the parties stipulated to extend to March 7, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed March 10, 2020, the parties stipulated to extend to May 7,

2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 6, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 6, 2020.

Dated: 5/1/2020  
MCGREGOR W. SCOTT  
United States Attorney

/s/ Kevin C. Khasigian  
KEVIN C. KHASIGIAN  
Assistant U.S. Attorney

Dated: 4/30/2020  
/s/ Isaac Safier  
ISAAC SAFIER  
Attorney for Li Qui Lin  
(As authorized via email)

IT IS SO ORDERED.

Dated: 5/11/2020

CHIEF UNITED STATES DISTRICT JUDGE

3

Stipulation to Extend Time to File Complaint